NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

### 2009-1130

### ORION IP, LLC,

Plaintiff-Appellee,

v.

### HYUNDAI MOTOR AMERICA,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:05-CV-322, Judge Leonard Davis.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>.

### O R D E R

The Washington Legal Foundation moves for leave to file a brief amicus curiae in support of Hyundai Motor America.  Orion IP, LLC opposes.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 11 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Jon E. Wright, Esq.
Gene C. Schaerr, Esq.
Richard A. Samp, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2009

JAN HORBALY
CLERK